A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson on Dec 30, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Dec 11, 2008**

FILED
CLERK'S OFFICE

IN RE: LAWNMOWER ENGINE HORSEPOWER
MARKETING AND SALES PRACTICES
LITIGATION (NO. II)

MDL No. 1999

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 5, 2008, the Panel transferred 23 civil actions to the United States District Court for the Eastern District of Wisconsin for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008).  With the consent of that court, all such actions have been assigned to the Honorable Lynn S. Adelman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Wisconsin and assigned to Judge Adelman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Wisconsin for the reasons stated in the order of December 5, 2008, and, with the consent of that court, assigned to the Honorable Lynn S. Adelman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Wisconsin.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 30, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: LAWNMOWER ENGINE HORSEPOWER
MARKETING AND SALES PRACTICES
LITIGATION (NO. II)                                                                 MDL No. 1999

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA NORTHERN
  ALN   2   08-1907          Bert K. Jacome, et al. v. Sears, Roebuck & Co., et al.

ARIZONA
  AZ    2   08-2004          William B. Brey, et al. v. Sears, Roebuck & Co., et al.

COLORADO
  CO    1   08-2493          Jeffrey G. Bullis, et al. v. Sears, Roebuck & Co., et al.

IDAHO
  ID    1   08-460           Tracy Murphy v. Sears, Roebuck & Co., et al.

LOUISIANA EASTERN
  LAE   2   08-4491          Robert M. Becnel v. Sunshine Equipment Co., et al.
  LAE   2   08-4591          Carl Rachal v. Sears, Roebuck & Co., et al.

MASSACHUSETTS
  MA    1   08-11926         Heidi R.S. Dallal v. Sears, Roebuck & Co., et al.

MICHIGAN EASTERN
  MIE   2   08-14110         John Jones, et al. v. Sears, Roebuck & Co., et al.

MISSOURI EASTERN
  MOE   4   08-1613          Gregory W. Dale, et al. v. Sears, Roebuck & Co., et al.

NORTH DAKOTA
  ND    3   08-103           Matthew Doppler, et al. v. Sears, Roebuck & Co., et al.

OKLAHOMA NORTHERN
  OKN   4   08-587           Keith W. Whitehouse v. Sears, Roebuck & Co., et al.

PENNSYLVANIA MIDDLE
  PAM   3   08-1911          Pierre Skelton v. Sears, Roebuck & Co., et al.

TENNESSEE EASTERN
  TNE   3   08-399           A. Gregory Ramos v. Sears, Roebuck & Co., et al.

**MDL No. 1999 - Schedule CTO-1 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**        **CASE CAPTION**

VIRGINIA EASTERN
  VAE   1   08-1136         Steven Grosz, et al. v. Sears, Roebuck & Co., et al.

WASHINGTON WESTERN
  WAW   2   08-1682       Michael W. Michel, et al. v. Sears, Roebuck & Co., et al.

WISCONSIN WESTERN
  WIW   3   08-547          Susan Barnard, et al. v. Sears, Roebuck & Co., et al.